Selendy Gay

JVK | JOHNSON VAN KWAWEGEN

April 10, 2026

<u>Via ECF</u>

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

      **Re:**   *Taewoo Kim, et al. v. Jump Trading, LLC, et al.*, **No. 25-1964 (7th Cir.)**

To the Office of the Clerk:

      Pursuant to Federal Rule of Appellate Procedure 28(j), Appellees respectfully submit the Ninth Circuit's April 7, 2026, published opinion in *Olson v. FCA US, LLC*, No. 24-6527 (Exhibit A), as supplemental authority.

      In *Olson*, the non-signatory defendant car manufacturer sought to invoke an arbitration agreement with a delegation clause between the plaintiff and the non-party car dealership that had leased the car to the plaintiff. The Ninth Circuit rejected the non-signatory defendant's attempt to compel arbitration and reaffirmed its established rule that, where the plain terms of a delegation clause refer solely to the parties to the arbitration agreement, it is for the court, not an arbitrator, to decide questions of non-party enforcement. *See* Ex. A, at 8–10 (discussing *Kramer v. Toyota Motor Corp.*, 705 F.3d 1122 (9th Cir. 2013)). The Ninth Circuit further rejected the argument—which Appellants also advance here (OB 20; RB 7, 10)—that *Henry Schein, Inc. v. Archer & White Sales, Inc.*, 586 U.S. 63 (2019), requires a different outcome. *See* Ex. A, at 10–11. The Ninth Circuit also rejected the same argument advanced by Appellants here (*see* OB 28–29; RB 13–14) that other circuits apply a different rule. *See* Ex. A, at 13 n.2 (distinguishing First, Second, Sixth, and Eighth Circuit cases also cited by Appellants).

      Accordingly, *Olson* offers persuasive reasoning for rejecting Appellants' similar arguments and affirming the district court's decision.

Respectfully submitted,

SELENDY GAY PLLC

 *s/ Corey Stoughton*
Corey Stoughton
1290 Avenue of the Americas, 20th Floor
New York, NY 10104
(212) 390-9036
cstoughton@selendygay.com

JOHNSON VAN KWAWEGEN LLP

*s/ Jonathan Zweig*
Jonathan Zweig
485 Madison Avenue, 15th Floor
New York, NY 10022
(646) 836-9653
jonathan@jvk-law.com

*Counsel for Appellees*