**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 15, 2026

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re: Jump Trading, LLC, et al.
v. Taewoo Kim, et al.
No. 26-507
(Your No. 25-1964)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 8, 2026 and placed on the docket October 15, 2026 as No. 26-507.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst